**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Edsil**<br>First name<br><br>**Lamar**<br>Middle name<br><br>**Logan**<br>Last name and Suffix (Sr., Jr., II, III) | **Lori**<br>First name<br><br>**Dale**<br>Middle name<br><br>**Logan**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Eddy Logan** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-1080** | **xxx-xx-8162** |

| Debtor 1 | **Edsil Lamar Logan** | | Case number *(if known)* | |
| Debtor 2 | **Lori Dale Logan** | | | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **703 Orleans Trace**<br>**Peachtree City, GA 30269**<br>Number, Street, City, State & ZIP Code<br><br>**Fayette**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1    **Edsil Lamar Logan**
Debtor 2    **Lori Dale Logan**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.    How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.    Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
☑ Yes.

Debtor    **Edify Wellness of Georgia, LLC**    Relationship to you    **Affiliate/Insider**

District    **Northern District of Georgia**    When    **2/21/20**    Case number, if known    _____

Debtor    _____    Relationship to you    _____

District    _____    When    _____    Case number, if known    _____

---

**11.    Do you rent your residence?**

☐ No.    Go to line 12.
☑ Yes.    Has your landlord obtained an eviction judgment against you?

☑    No. Go to line 12.

☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Edsil Lamar Logan** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Lori Dale Logan** | | | |

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**     Go to Part 4.

☐ **Yes.**     Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ **No.**     I am not filing under Chapter 11.

☐ **No.**     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ **Yes.**     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**     What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

Debtor 1    **Edsil Lamar Logan**

Debtor 2    **Lori Dale Logan**

Case number *(if known)* _____

| | |
|---|---|
| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Edsil Lamar Logan** | | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | **Lori Dale Logan** | | |

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Edsil Lamar Logan | /s/ Lori Dale Logan |
|---|---|
| **Edsil Lamar Logan** | **Lori Dale Logan** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on **February 21, 2020** | Executed on **February 21, 2020** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Edsil Lamar Logan** | | |
|---|---|---|---|
| Debtor 2 | **Lori Dale Logan** | Case number *(if known)* | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David L. Bury, Jr.**                          Date   **February 21, 2020**
Signature of Attorney for Debtor                              MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Mulberry Street, Suite 800**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **478-750-9898**          Email address   **dbury@stoneandbaxter.com**

**133066 GA**
Bar number & State

---

Certificate Number: 15725-GAN-CC-034095254



15725-GAN-CC-034095254

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 14, 2020, at 10:31 o'clock PM EST, Edsil Logan received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    February 14, 2020                By:      /s/Landes Thomas

                                          Name:   Landes Thomas

                                          Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

Certificate Number: 15725-GAN-CC-034095255



15725-GAN-CC-034095255

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 14, 2020</u>, at <u>10:31</u> o'clock <u>PM EST</u>, <u>Lori Logan</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Georgia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>February 14, 2020</u>          By:     <u>/s/Landes Thomas</u>

                                        Name:   <u>Landes Thomas</u>

                                        Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| Fill in this information to identify your case: | |
|---|---|

**Debtor 1**  Edsil Lamar Logan
First Name　　　　Middle Name　　　　Last Name

**Debtor 2**  Lori Dale Logan
(Spouse if, filing)  First Name　　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the:　NORTHERN DISTRICT OF GEORGIA

Case number
(if known)

☐ Check if this is an
　 amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**　List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**AXOS Bank**
**Bankruptcy Dept.**
**P.O. Box 509127**
**San Diego, CA 92150-9127**

What is the nature of the claim?　**Potential Guaranty of Business Loan**　$ **$91,800.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)　$
　　　Value of security:　- $
　　　Unsecured claim　$

Contact
Contact phone

**2**
**Barclays Bank Delaware**
**Bankruptcy Dept.**
**P.O. Box 8803**
**Wilmington, DE 19899**

What is the nature of the claim?　**Business Use Credit Card**　$ **$15,150.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

B104 (Official Form 104)　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　Best Case Bankruptcy

| Debtor 1 | **Edsil Lamar Logan** | | |
|---|---|---|---|
| Debtor 2 | **Lori Dale Logan** | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| Contact | | Yes. Total claim (secured and unsecured) | $ _____ |
| | | Value of security: | - $ _____ |
| Contact phone | | Unsecured claim | $ _____ |

---

**3**

**BFS Capital**
**3301 North University Drive Suite 300**
**Coral Springs, FL 33065**

What is the nature of the claim?   **Potential Guaranty of Business Loan**   $ **$38,000.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Contact      Value of security:   - $ _____
Contact phone      Unsecured claim   $ _____

---

**4**

**BlueVine Capital, Inc.**
**Aman Sidhu, Legal Counsel**
**401 Warren Street - Suite 300**
**Redwood City, CA 94063**

What is the nature of the claim?   **Potential Guaranty of Business Loan**   $ **$81,519.38**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Contact      Value of security:   - $ _____
Contact phone      Unsecured claim   $ _____

---

**5**

**Celtic Bank Corporation**
**Bradley Bybee, Chief Lending Officer**
**268 South State Street, Suite 300**
**Salt Lake City, UT 84111**

What is the nature of the claim?   **Potential Guaranty of Business Loan**   $ **$81,519.38**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Contact      Value of security:   - $ _____
Contact phone      Unsecured claim   $ _____

---

**6**

What is the nature of the claim?   **Business Use Credit**   $ **$464.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Edsil Lamar Logan** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Lori Dale Logan** | | |

---

**Card**

**Citibank North America/Best Buy**
**Bankruptcy Dept.**
**P.O. Box 6497**
**Sioux Falls, SD 57117**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:    - $ _____
       Unsecured claim    $ _____

Contact

Contact phone

---

**7**

**FedLoan Servicing**
**Bankruptcy Dept.**
**P.O. Box 69184**
**Harrisburg, PA 17106-9184**

What is the nature of the claim?    **Student Loan**    $ **$6,873.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:    - $ _____
       Unsecured claim    $ _____

Contact

Contact phone

---

**8**

**Georgia Department of Labor**
**Employer Accounts Section**
**148 Andrew Young Intl. Blvd.**
**Suite 850**
**Atlanta, GA 30303**

What is the nature of the claim?    **Possible Personal Liability for Business Unemployment Contributions**    $ **Unknown**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:    - $ _____
       Unsecured claim    $ _____

Contact

Contact phone

---

**9**

**Georgia Department of Revenue**
**Compliance Division, ARCS -**
**Bankruptcy**
**1800 Century Blvd NE, Suite 9100**

What is the nature of the claim?    **Potential Income Tax Liabiliy for 2019**    $ **Unknown**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Edsil Lamar Logan** | |
|---|---|---|
| Debtor 2 | **Lori Dale Logan** | Case number *(if known)* |

**Atlanta, GA 30345-3209**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact _____

Contact phone _____

---

**10**

**Georgia Department of Revenue Compliance Division, ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100 Atlanta, GA 30345-3209**

What is the nature of the claim?   **Poential Personal Liability for Business Taxes**   $ **Unknown**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact _____

Contact phone _____

---

**11**

**JPMorgan Chase Bank, N.A. Bankruptcy Dept. (Credit Cards) 301 N. Walnut Street - Floor 09 Wilmington, DE 19801-3935**

What is the nature of the claim?   **Business Use Amazon Credit Card**   $ **2,487.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)  $ _____
  - Value of security:  - $ _____
  - Unsecured claim  $ _____

Contact _____

Contact phone _____

---

**12**

**Navy Federal Credit Union Bankruptcy Dept. P.O. Box 3501 Merrifield, VA 22119-3501**

What is the nature of the claim?   **Business Use Credit Card**   $ **24,437.66**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Edsil Lamar Logan**
Debtor 2    **Lori Dale Logan**                                          Case number (if known) _____

---

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)      $ _____
                        Value of security:        - $ _____
Contact                        Unsecured claim    $ _____

Contact phone

---

| **13** | | | | |
|---|---|---|---|---|

**Navy Federal Credit Union**
**Bankruptcy Dept.**
**P.O. Box 3501**
**Merrified, VA 22119-3501**

**What is the nature of the claim?**    **Consumer Use Credit Card**    $ **$24,172.12**

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)      $ _____
Contact                        Value of security:  - $ _____
                        Unsecured claim            $ _____
Contact phone

---

| **14** | | | | |
|---|---|---|---|---|

**Preferred Realty Services**
**277 Joel Cowen Pkwy, Unit 113**
**Peachtree City, GA 30269**

**What is the nature of the claim?**    **Consumer Lease of Personal Residence**    $ **$2,150.00**

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)      $ _____
Contact                        Value of security:  - $ _____
                        Unsecured claim            $ _____
Contact phone

---

| **15** | | | | |
|---|---|---|---|---|

**QuarterSpot, Inc.**
**c/o Adam Cohen, CEO**
**2751 Prosperity Ave. Suite 330**
**Fairfax, VA 22031**

**What is the nature of the claim?**    **Potential Guaranty of Business Loan**    $ **$117,453.40**

**As of the date you file, the claim is:** Check all that apply
■  Contingent
■  Unliquidated
■  Disputed
☐  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)      $ _____
Contact                        Value of security:  - $ _____
                        Unsecured claim            $ _____
Contact phone

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **Edsil Lamar Logan** | | |
|---|---|---|---|
| Debtor 2 | **Lori Dale Logan** | Case number *(if known)* | |

---

**16**

**Stearns Bank National Association**
**4191 South 2nd Street**
**P.O. Box 7338**
**56302**

**What is the nature of the claim?**    **Potential Guaranty of Business Loan**    $ **$86,840.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____

Contact
_____
Contact phone

---

**17**

**SunTrust Bank**
**Bankruptcy Dept.**
**303 Peachtree Center Ave. NE**
**Atlanta, GA 30303**

**What is the nature of the claim?**    **Potential Personal Liability on Business Use Credit Card**    $ **$7,382.87**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____

Contact
_____
Contact phone

---

**18**

**SunTrust Bank**
**Bankruptcy Dept.**
**P.O. Box 85526**
**Richmond, VA 23285**

**What is the nature of the claim?**    **Business Use Credit Card**    $ **$5,485.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____

Contact
_____
Contact phone

---

**19**

**Synchrony Bank/Sam's Club**
**Bankruptcy Dept.**

**What is the nature of the claim?**    **Business Use Credit Card**    $ **$4,772.00**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Edsil Lamar Logan** |
|---|---|
| Debtor 2 | **Lori Dale Logan** |

Case number *(if known)* _____

**4125 Windward Plaza**
**Alpharetta, GA 30005**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
        Value of security:                  - $ _____

Contact _____          Unsecured claim        $ _____

Contact phone _____

---

**20**

**USAA Savings Bank**
**Bankruptcy Dept.**
**P.O. Box 33009**
**San Antonio, TX 78265**

What is the nature of the claim?        **Consumer Use Credit Card**   $ **$9,811.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
        Value of security:                  - $ _____

Contact _____          Unsecured claim        $ _____

Contact phone _____

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Edsil Lamar Logan** _____          X  **/s/ Lori Dale Logan** _____
   **Edsil Lamar Logan**                                 **Lori Dale Logan**
   Signature of Debtor 1                                 Signature of Debtor 2

   Date  **February 21, 2020** _____          Date  **February 21, 2020** _____

B 104 (Official Form 104)                For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 7

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Edsil Lamar Logan**
       **Lori Dale Logan**
                                                    Case No.
                          Debtor(s)                 Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **February 21, 2020**                  **/s/ Edsil Lamar Logan**
                                              **Edsil Lamar Logan**
                                              Signature of Debtor

Date:  **February 21, 2020**                  **/s/ Lori Dale Logan**
                                              **Lori Dale Logan**
                                              Signature of Debtor

AXOS Bank
Bankruptcy Dept.
P.O. Box 509127
San Diego, CA 92150-9127


Barclays Bank Delaware
Bankruptcy Dept.
P.O. Box 8803
Wilmington, DE 19899


BFS Capital
3301 North University Drive Suite 300
Coral Springs, FL 33065


BlueVine Capital, Inc.
Aman Sidhu, Legal Counsel
401 Warren Street - Suite 300
Redwood City, CA 94063


Business Financial Services, Inc.
d/b/a BFS Capital (Shelby Robertson)
3301 North University Drive Suite 300
Coral Springs, FL 33065


Celtic Bank Corporation
Bradley Bybee, Chief Lending Officer
268 South State Street, Suite 300
Salt Lake City, UT 84111


Citibank North America/Best Buy
Bankruptcy Dept.
P.O. Box 6497
Sioux Falls, SD 57117


Edify Wellness of Georgia, LLC
2860 Hwy 54 West -Suite 200
Peachtree City, GA 30269

Edify Wellness, LLC
703 Orleans Trace
Peachtree City, GA 30269


Extra Space Storage
204 Fulton Court
Peachtree City, GA 30269


FedLoan Servicing
Bankruptcy Dept.
P.O. Box 69184
Harrisburg, PA 17106-9184


Georgia Department of Labor
Employer Accounts Section
148 Andrew Young Intl. Blvd. Suite 850
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3209


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.
Bankruptcy Dept. (Credit Cards)
301 N. Walnut Street - Floor 09
Wilmington, DE 19801-3935


Mil Star
Bankruptcy Dept.
3911 S. Walton Walker BLV
Dallas, TX 75236

```
Navy Federal Credit Union
Bankruptcy Dept.
P.O. Box 3302
Merrifield, VA 22119-3302


Navy Federal Credit Union
Bankruptcy Dept.
P.O. Box 3501
Merrifield, VA 22119-3501


Olympic Property Management
1400 Buford Hwy, Suite R-3
Buford, GA 30518


Parker, Simon & Kokolis, LLC
110 North Washington Street - Suite 500
Rockville, MD 20850


Preferred Realty Services
277 Joel Cowen Pkwy, Unit 113
Peachtree City, GA 30269


QuarterSpot, Inc.
c/o Adam Cohen, CEO
2751 Prosperity Ave. Suite 330
Fairfax, VA 22031


Senoia Enterprises
48 Main Street - Suite 2A
Senoia, GA 30276


Stearns Bank National Association
4191 South 2nd Street
P.O. Box 7338
 56302
```

```
SunTrust Bank
Dealer Loans/Bankruptcy Dept.
P.O. Box 431
Columbus, GA 31902


SunTrust Bank
Bankruptcy Dept.
P.O. Box 85526
Richmond, VA 23285


SunTrust Bank
Bankruptcy Dept.
303 Peachtree Center Ave. NE
Atlanta, GA 30303


Synchrony Bank/J.C. Penney's
Bankruptcy Dept.
4125 Windward Plaza
Alpharetta, GA 30005


Synchrony Bank/Sam's Club
Bankruptcy Dept.
4125 Windward Plaza
Alpharetta, GA 30005


Synchrony Bank/TJX Co. DC
Bankruptcy Dept.
4125 Windward Plaza
Alpharetta, GA 30005


U.S. Bank
Bankruptcy Dept.
425 Walnut Street
Cincinnati, OH 45202


USAA Savings Bank
Bankruptcy Dept.
P.O. Box 33009
San Antonio, TX 78265
```